In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated on the Southeasterly Corner of Herkimer Street and New York Avenue, in the Borough of Brooklyn, in the City of New York, Duly Selected as a Site for School Purposes According to Law. The Borough Bank of Brooklyn, Petitioner.— Motion granted. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Bounded by Ocean Parkway, Avenue Y, East Sixth Street, Canal Avenue and Coney Island Creek, in the Borough of Brooklyn, City of New York, Excepting Therefrom Lands Now Owned by the City of New York Duly Selected for the Department of Public Charities According to Law. (In re Petition of Bertha G. McLaughlin.) — Application granted, and proceedings referred to Horatio C. King, Esq., to take testimony and report to the court with his opinion. Order signed. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

In the Matter of Laying Out and Opening Morris Street, City of Yonkers. — Appeal dismissed, with costs. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

In the Matter of the Estate of George H. Elstroth, Deceased, and the Application for the Appointment of a Trustee to Execute the Trusts under His Last Will and Testament.— Motion denied, without prejudice to a renewal if the appeal is not perfected and the case placed on the next calendar of this court for argument. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Sarah McCaffery, Respondent, v. James C. Foster, Appellant.—Motion to dismiss appeal granted. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Carrie U. McGown, Respondent, v. Mary I. Underhill and Others, Appellants. — Motion to resettle order granted. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Morris C. Mengis, Respondent, v. Louis Fitzgerald, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor and Rich, JJ., concurred; Miller, J., dissented.

Charles Shaughness, Respondent, v. Theodore A. Liebler and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Woodward, Jenks and Miller, JJ.

Thomas A. Starr, Appellant, v. Archer B. Wallace, Respondent.— Motion denied. Present — Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ.

South Shore Traction Company, Respondent, v. Village of Patchogue and Others, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ.

Edward M. Townsend and Others, Respondents, v. The Trustees of the Freeholders and Commonalty of the Town of Brookhaven and Lucy McKittrick, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Miller, JJ., concurred.

Louis H. Viemeister, Respondent, v. The Underwood Typewriter Company, Appellant.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the alleged contract of employment for two years was not proved, the letter used for that purpose being insufficient. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

George Wallace, Appellant, v. James Dean and Others, Respondents.— Judgment affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Richard S. Wanser, Respondent, v. John De Nyse and Others, Defendants and Appellant.— Motion for reargument denied. Present — Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

William P. Wood, Respondent, v. Adelaide A. Sherlock, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ., concurred.